## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, Mark Zetzer, declare the following:

1. I have personal knowledge of the matters alleged in the foregoing Verified Complaint.

2. The allegations contained therein are true and accurate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of July, 2012.

_Mark Zetzer_
Mark Zetzer