# SHAKER
# HEIGHTS



# TAXPAYERS
# UNION