

# SHAKERHEIGHTS

May 15, 2012

By U.S. Mail and E-mail: mzetzer@freedoniagroup.com

Mark J. Zetzer, Jr.
3718 Glencairn Road
Shaker Heights, OH 44122

Re: **Shaker Heights Taxpayers Union – Unlawful Logo Usage**
**Demand to Cease and Desist**

Dear Mr. Zetzer:

It has come to the attention of the City of Shaker Heights that you and your group, known as the Shaker Heights Taxpayers Union, are using the City of Shaker Heights logo, or substantially the same logo. The City's logo is a Trademark registered with the United States Patent and Trademark Office (Register No. 3,645,272).

You have used the City's logo on the Facebook page of the Shaker Heights Taxpayers Union, and it is our understanding and belief that you have used or intend to use the logo in other materials, including posters and/or signs.

The City demands that you and the Shaker Heights Taxpayers Union immediately cease and desist any use, including in the slightly altered form, of the City's logo comprised of the Service Mark of four leaves design, as shown at the top of this letter.

Failure to stop such use will result in the City taking legal action to protect its Trademark, including a request for an award of damages.

Please provide written confirmation to me within five days of the date of this letter that you will cease any use of the logo.

Very truly yours,

William M. Ondrey Gruber
Interim Director of Law
william.gruber@shakeronline.com

wog12/corrmisc/0515Zetzer-trademarkdemand

CITY OF SHAKER HEIGHTS | LAW DEPARTMENT

3400 LEE ROAD | SHAKER HEIGHTS, OH 44120 | TEL 216.491.1440 | FAX 216.491.1447 | OHIO RELAY SERVICE 800.750.0750 | WEB shakeronline.com