

Ryan Walters <walters1976@gmail.com>

# Re: Fw: request to continue using SHTU logo with disclamer
1 message

**Ryan Walters** <rwalters@ohioconstitution.org>          Wed, Jul 11, 2012 at 9:46 AM
To: Ryan Walters <rwalters@ohioconstitution.org>

> 
> ----- Forwarded Message ----
> From: William Gruber <william.gruber@shakeronline.com>
> To: Mark Zetzer <mjzjr@sbcglobal.net>
> Sent: Fri, June 15, 2012 8:06:09 PM
> Subject: RE: request to continue using SHTU logo with disclamer
> 
> That has been our concern all along—the confusion and dilution of the
> impact of the logo. The disclaimer idea would not cure that problem
> for us, and could make it worse.
> 
> 
> 
> William M. Ondrey Gruber
> 
> Director of Law
> 
> 3400 Lee Road
> 
> Shaker Heights, Ohio 44120
> 
> (216) 491-1445
> 
> william.gruber@shakeronline.com
> 
> 
> 
> From: Mark Zetzer [mailto:mjzjr@sbcglobal.net]
> Sent: Friday, June 15, 2012 11:41 AM
> To: William Gruber

> Subject: Re: request to continue using SHTU logo with disclamer
>
>
>
> Bill,
>
>
>
> Hmmm, I am having trouble understanding: what exactly is your main
> concern - - that citizens will confuse our logo with the Shaker
> Heights logo,
> and think we are speaking for the city? Or something else?
>
>
>
> Mark
>
>
>
> _____
>
> From: William Gruber <william.gruber@shakeronline.com>
> To: Mark Zetzer <mjzjr@sbcglobal.net>
> Sent: Fri, June 15, 2012 8:42:02 AM
> Subject: RE: request to continue using SHTU logo with disclamer
>
> Mark,
>
>
>
> I appreciate that you are bringing this question to me, but I do not
> see how a disclaimer solves our main concern. The logo will still be
> prominent on materials and standout, and it would then carry a
> disclaimer that it is not the City's logo, potentially creating even
> more confusion.
>
>
>
> How about if you continue to use it on the Internet but not on printed
> materials?
>

> 
> 
> BIll
> 
> 
> 
> William M. Ondrey Gruber
> 
> Director of Law
> 
> 3400 Lee Road
> 
> Shaker Heights, Ohio 44120
> 
> (216) 491-1445
> 
> william.gruber@shakeronline.com
> 
> 
> 
> From: Mark Zetzer [mailto:mjzjr@sbcglobal.net]
> Sent: Thursday, June 14, 2012 11:54 PM
> To: William Gruber
> Subject: request to continue using SHTU logo with disclamer
> 
> 
> 
> Bill,
> 
> Before I start designing a new logo for the Shaker Heights Taxpayers
> Union, I have a question: would it be possible to continue using the
> current logo on the Internet and on printed materials (e.g., signs,
> stickers, t-shirts, posters, buttons) if we included a disclaimer
> stating that we're not affiliated with the City of Shaker Heights?
> Wouldn't that prevent confusing our logo with the City's trademark?
> 
> I know I agreed to change the current logo to avoid having to defend
> myself in court, but our two-leaf and two-dollar sign design is really
> perfect for our purposes and I wonder if a disclaimer might solve the
> problem without extra work on my part. We would be happy to consider
> any language that you might recommend for such a disclaimer, and would

Case: 1:12-cv-01783-CAB Doc #: 1-6 Filed: 07/12/12 4 of 4. PageID #: 29

> be very likely to use it, so long as it's not completely unreasonable
> (too lengthy, etc.).
>
> Thanks,
>
> Mark Zetzer
>
>
>
> Sign up for City of Shaker Heights E-News!
>
>
>
>
> Sign up for City of Shaker Heights E-News!
>
>