UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAKER HEIGHTS TAXPAYERS UNION, *et al.*, | : : : | Case No. 12-CV-01783 |
| | : | Judge Boyko |
| Plaintiffs, | : : | |
| -vs- | : : | |
| | : | JOINT MOTION FOR APPROVAL |
| CITY OF SHAKER HEIGHTS, OHIO, *et al.*, | : : | AND ENTRY OF CONSENT PERMANENT INJUNCTION |
| Defendants. | : | ORDER |

Plaintiffs Shaker Heights Taxpayers Union ("SHTU") and Mark Zetzer, and Defendants City of Shaker Heights, Ohio and William Gruber (collectively "the City"), respectfully move this Court to approve and enter the Consent Permanent Injunction Order attached to this Motion. The Consent Order is intended to address all of the Plaintiffs' claims except with respect to their claims for nominal damages and attorneys fees. The parties believe the terms of the Consent Permanent Injunction Order are fair and reasonable and accordingly urge this Court to approve them and enter the Order.

**FACTUAL BACKGROUND AND CLAIMS**

This action arises from a dispute over the Plaintiffs' use of a logo that is intended as a parody of the City's trademarked logo. (A copy of the SHTU Logo is attached.)

Plaintiffs filed a Complaint, as well as a Motion for Temporary Restraining Order and Preliminary Injunction seeking an order enjoining the City from "instituting threats, intimidation, and retaliation in response to Plaintiffs' legitimate exercise of their constitutional rights through use of the SHTU Logo and otherwise."

Defendants have since advised the Plaintiffs that the City has agreed that Plaintiffs may use the SHTU Logo for any non-commercial purposes and that the City will take no action which

interferes in any way with the Plaintiff's non-commercial use of the SHTU Logo regardless of any text accompanying the logo.

The parties have acknowledged that such an agreement would resolve all of the issues raised by the Plaintiffs' Complaint except for Plaintiffs' claims for nominal damages and attorneys' fees.  The parties have agreed to present the Court with an agreed consent judgment under cover of a motion requesting the Court's approval and entry.

**THE TERMS OF THE PARTIES' AGREEMENT ARE FAIR AND REASONABLE**

By agreeing that Plaintiffs may use the SHTU Logo for any non-commercial purposes and that the City will take no action which interferes in any way with the Plaintiff's non-commercial use of the SHTU Logo regardless of any text accompanying the logo, the parties have addressed and resolved the main substantive allegations in the Plaintiffs' Complaint.  The parties agree that an evidentiary hearing on Plaintiffs' claims for injunctive relief is not necessary and that approval and entry of the Consent Permanent Injunction Order is within the Court's authority.

Accordingly, for the foregoing reasons, the Plaintiffs and Defendants respectfully request that this Court approve the terms of and enter the accompanying Consent Permanent Injunction Order.

Respectfully submitted,

 */s/ Maurice A. Thompson*
Maurice A. Thompson (0078548)
        *Lead Counsel for Plaintiffs*
Ryan D. Walters (0076724)
1851 Center for Constitutional Law
208 E. State Street
Columbus, Ohio 43215
Tel: (614) 340-9817
Fax: (614) 365-9564
mthompson@ohioconstitution.org
rwalters@ohioconstitution.org

    */s/ Benjamin J. Ockner*
Sheldon Berns (0000140)
Benjamin Ockner (0034404)
Berns, Ockner & Greenberger, LLC
3733 Park East Drive, Suite 200
Beachwood, Ohio 44122
Tel: (216) 831-8838, Ext. 205
Fax: (216) 464-4489
sberns@bernsockner.com
bockner@bernsockner.com

Counsel for Plaintiffs


 /s/ *Margaret Cannon  (per consent)*
Margaret Anne Cannon, Esq. (0009532)
ICE MILLER LLP
Fifth Third Center
600 Superior Avenue, East
Suite 1701
Cleveland, OH 44114
Telephone: (216) 621-5101
Facsimile: (216) 394-5082
E-mail: margaret.cannon@icemiller.com

Stephen L. Byron, Esq. (0055657)
ICE MILLER LLP
Fifth Third Center
600 Superior Avenue, East
Suite 1701
Cleveland, OH 44114
Telephone: (216) 621-5107
Facsimile: (216) 621-5341
E-mail: stephen.byron@icemiller.com

Counsel for Defendants City of Shaker Heights and William Gruber

William M. Ondrey Gruber, Esq. (0005950)
CITY OF SHAKER HEIGHTS
Law Department
3400 Lee Road
Shaker Heights, OH 44120
Telephone: (216) 491-1445
Facsimile: (216) 491-1447
E-mail: william.gruber@shakeronline.com

Counsel for Defendant City of Shaker Heights



Shaker Heights Taxpayers Union Logo