UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SHAKER HEIGHTS TAXPAYERS UNION, *et al.*, | Case No. 12-CV-01783 |
| Plaintiffs, | Judge Boyko |
| -vs- | |
| CITY OF SHAKER HEIGHTS, OHIO, *et al.*, | |
| Defendants. | |

### CONSENT PERMANENT INJUNCTION ORDER

This matter is before the Court upon: a) the Plaintiffs' Verified Complaint in which Plaintiffs seek declaratory and injunctive relief, damages and attorneys fees pursuant to 42 U.S.C. §1983, 42 U.S.C. §1988, and the Lanham Act, as a consequence of the alleged interference by the City with Plaintiffs' use of the Shaker Heights Taxpayers Union's graphic logo (the "Logo") a copy of which is attached hereto; b) Plaintiffs' Motion for Temporary Restraining Order; and c) the Parties' Motion for Approval and Entry Of Consent Permanent Injunction Order.

The Court finds that the parties have agreed to the terms of this Consent Permanent Injunction Order as set forth in the Motion for Approval.

The Court further finds that the terms of the Consent Permanent Injunction Order are fair and reasonable, and hereby approves them and orders a permanent injunction.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants shall take no action which interferes in any way with the Plaintiff's non-commercial use of the Logo irrespective of whether or not there is text that accompanies the Logo; and

IT IS FURTHER ORDERED that absent further agreement, Plaintiffs' additional claims, including those related to nominal damages and attorneys' fees shall be decided by the Court in accordance with the schedule and procedure to be established; and

IT IS FURTHER ORDERED that a telephone status conference to be initiated by Plaintiffs' counsel will be held on July 25, 2012, at 2:30 p.m. to address all issues remaining in this case.

The Court shall retain jurisdiction to enforce this order.

SO ORDERED THIS 25th DAY OF JULY, 2012.

*Christopher A. Boyko*
Hon. Christopher A. Boyko
United States District Judge



Shaker Heights Taxpayers Union Logo