# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **SHAKER HEIGHTS TAXPAYERS UNION,** *et al.*, | : : : | Case No. 12-CV-01783 |
| **Plaintiffs,** | : : | Judge Boyko |
| -vs- | : : | |
| **CITY OF SHAKER HEIGHTS, OHIO,** *et al.*, | : : | **STIPULATION FOR DISMISSAL** |
| **Defendants.** | : | |

Pursuant to Rule 41, Fed. R. Civ. P., the parties through their counsel undersigned hereby stipulate that except for enforcement of the Consent Permanent Injunction Order entered in this action on July 25, 2012, which Order the parties expressly intend to survive this entry, this action is settled and dismissed with prejudice at Defendants' costs.

 /s/ *Stephen L. Byron (per consent)*
Stephen L. Byron (0055657)
Margaret Anne Cannon (0009532)
Walter & Haverfield, LLP
1301 E. Ninth Street, Suite 3500
Cleveland, Ohio 44114-1821
Tel.: (216) 781-1212
Fax: (216) 575-0911
sbyron@walterhav.com
mcannon@walterhav.com

Counsel for Defendants

William M. Ondrey Gruber (0005950)
City Of Shaker Heights
Law Department
3400 Lee Road
Shaker Heights, OH 44120
Tel.: (216) 491-1445
Fax: (216) 491-1447
william.gruber@shakeronline.com

Counsel for Defendant
City of Shaker Heights

 /s/ *Maurice A. Thompson*
Maurice A. Thompson (0078548)
1851 Center for Constitutional Law
208 E. State Street
Columbus, Ohio 43215
Tel: (614) 340-9817
Fax: (614) 365-9564
mthompson@ohioconstitution.org

 /s/ *Benjamin J. Ockner*
Benjamin Ockner (0034404)
Berns, Ockner & Greenberger, LLC
3733 Park East Drive, Suite 200
Beachwood, Ohio 44122
Tel: (216) 831-8838, Ext. 203
Fax: (216) 464-4489
bockner@bernsockner.com

Christopher P. Finney (0038998)
Finney, Stagnaro, Saba & Patterson Co., LPA
2623 Erie Avenue
Cincinnati, Ohio 45208
Tel: (513) 533-2980
Fax: (513) 533-2990
cfinney@fssp-law.com

Counsel for Plaintiffs

**SO ORDERED THIS \_\_ DAY OF OCTOBER, 2012.**

                                    **Hon. Christopher A. Boyko**
                                    **United States District Judge**